UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 04-20183 |
| | | CHAPTER 13 |
| LOREATHA L. THOMAS | | |
| | : | JUDGE J. VINCENT AUG |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF |
| | | UNCLAIMED FUNDS |

Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

The Trustee has made numerous attempts to contact the creditor.  Certification of Final Payment has been filed in this case.  These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916936 | $15.81 |

Creditor(s)
Cashland
100 East Third Street
Dayton, Ohio 45402

Respectfully submitted,


/s/     Margaret A. Burks, Esq.
         Margaret A. Burks, Esq.
         Chapter 13 Trustee
         Attorney No. OH 0030377

         Francis J. DiCesare, Esq.
         Staff Attorney
         Attorney No. OH 0038798

         Karolina F. Perr, Esq.
         Staff Attorney
         Attorney No. OH 0066193

         600 Vine Street, Suite 2200
         Cincinnati, OH 45202
         (513) 621-4488
         (513) 621 2643 (Facsimile)
         mburks@cinn13.org - Correspondence only
         fdicesare@cinn13.org
         kperr@cinn13.org

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, June 16, 2010.

/s/    ___Margaret A. Burks, Esq.___
Margaret A. Burks, Esq.

Cashland
100 East Third Street
Dayton, Ohio 45402

Debtor(s) Counsel
JOHN W. ROSE, ESQ.
711 PROVIDENT BANK BLDG
632 VINE STREET
CINCINNATI, OH  45202

Debtor(s)
LOREATHA L. THOMAS
7937 MILL CREEK CIRCLE
WEST CHESTER, OH  45069

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)